# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ARRIVALSTAR S.A., et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No.: 1:11-CV-00761 JKB |
| **MARYLAND TRANSIT ADMINISTRATION, et al.** | * | |
| | * | |
| **Defendants** | | |

* * * * * * * * * * * * *

## JOINT STIPULATION

The Parties, by their undersigned counsel, jointly stipulate to the following facts and schedule regarding the Defendants' response to the Plaintiffs' Amended Complaint:

1. The Plaintiffs filing of an Amended Complaint renders Defendant MTA's Motion to Dismiss the Original Complaint and Plaintiffs' Opposition thereto moot. The Court need not address these pleadings further.

2. Defendant Ralign Wells shall be deemed served with the Summons and the Amended Complaint on June 14, 2011.

3. The Amended Complaint shall be deemed timely filed on June 4, 2011.

4. The Defendant's deadline to answer or otherwise respond to the Plaintiffs' Amended Complaint shall be July 11, 2011. The Parties shall be permitted to raise any defense, allegation or argument by way of answer, motion, or opposition, including those raised in the Motion to Dismiss the Original Complaint and the Opposition thereto.

5. The schedule for Plaintiffs to file an opposition to any motion filed by the Defendants regarding the Amended Complaint, and Defendants filing of any reply thereto, shall be governed by Local Rule 105.2.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Francis J. Gorman | Steven E. Tiller |
| FJGorman@GandWlaw.com | stiller@wtplaw.com |
| Bar No. 00690 | Bar No.: 11085 |
| Jason N. Smith | Whiteford, Taylor & Preston, LLP |
| JNSmith@GandWlaw.com | Seven Saint Paul Street, Suite 1500 |
| Bar No. 28909 | Baltimore, Maryland 21202-1636 |
| 36 South Charles Street, Suite 900 | (410) 347-9425 |
| Baltimore, Maryland 21201 | (410) 223-4325(fax) |
| (410) 528-0600 | |
| (410) 528-0602 (fax) | and |
| | |
| and | T. Byron Smith |
| | bsmith@oag.state.md.us |
| Anthony E. Dowell | Bar No.: 27785 |
| aedowell@dowellbaker.com | Eric S. Hartwig, Bar No: 28251 |
| Geoffrey D. Smith | ehartwig@oag.state.md.us |
| GSmith@dowellbaker.com | Bar No.: 28251 |
| Dowell Baker, P.C. | Assistant Attorneys General |
| 201 Main Street, Suite 710 | Offices of the Attorney General |
| Lafayette, IN 47901 | Maryland Transit Administration |
| (765) 429-4004 | 6 St. Paul Street, 12th Floor |
| (765) 429-4114 (fax) | Baltimore, Maryland 21202-1614 |
| | (410) 767-3844 |
| *Attorneys for Plaintiffs* | (410) 333-2584 (fax) |
| | |
| | *Attorneys for Defendants* |

*1958018*