IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>                  Plaintiffs,<br><br>vs.<br><br>MARYLAND TRANSIT ADMINISTRATION, et al.<br><br>                  Defendants. | **Case No.:** 1:11-CV-00761 JKB |

**STIPULATION REGARDING TIME FOR
PLAINTIFFS TO RESPOND TO MOTION TO DISMISS AND OPPOSITION**

Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), and Defendants, Maryland Transit Administration ("MTA") and Ralign T. Wells ("Wells"), stipulate and agree that Plaintiffs shall have until Monday, August 22, 2011 to respond to the Motion to Dismiss Plaintiffs' Amended Complaint and Motion for Partial Summary Judgment (Docket No. 34) filed by the MTA and Wells and to reply to the Opposition to Plaintiffs' Motion for Leave to Conduct Limited Jurisdictional Discovery (Docket No. 35) filed by the MTA and Wells.

                                              /s/
                                  Anthony E. Dowell
                                Geoffrey D. Smith
                                **DOWELL BAKER, P.C.**
                                201 Main Street, Suite 710
                                Lafayette, Indiana 47901
                                Telephone: (765) 429-4004
                                Facsimile:  (765) 429-4114
                                Email:  aedowell@dowellbaker.com
                                                Gsmith@dowellbaker.com

          /s/
Francis J. Gorman (Bar No. 00690)
Jason N. Smith (Bar No. 28909)
**GORMAN & WILLIAMS**
36 South Charles Street, Suite 900
Baltimore, Maryland 21201
Telephone: (410) 528-0600
Facsimile: (410) 528-0602
Email: fjgorman@gandwlaw.com
       jnsmith@gandwlaw.com

Attorneys for Plaintiffs


          /s/
Steven E. Tiller (Bar No. 11085)
**WHITEFORD, TAYLOR & PRESTON, LLP**
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202-1636
Telephone: (410) 347-9425
Facsimile: (410) 223-4325
Email: stiller@wtplaw.com
(*signed by Jason N. Smith with permission from Steven E. Tiller*)


          /s/
Thaddeus B. Smith (Bar No. 27785)
Assistant Attorney General
Offices of the Attorney General
Maryland Transit Administration
6 St. Paul Street, 12th Floor
Baltimore, Maryland 21202
Telephone: (410) 767-5833
Facsimile: (410) 333-2584
Email: BSmith10@mta.maryland.gov
(*signed by Jason N. Smith with permission from Steven E. Tiller*)


          /s/
Eric S. Hartwig (Bar No. 28251)
Assistant Attorney General

Offices of the Attorney General
Maryland Transit Administration
6 St. Paul Street, 12th Floor
Baltimore, Maryland 21202
Telephone: (410) 767-6616
Facsimile: (410) 333-2584
Email: EHartwig@mta.maryland.gov
(*signed by Jason N. Smith with permission from Steven E. Tiller*)

Attorneys for Defendant